# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CR317** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CHARLES NEIL PARKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Charles Neil Parker (Parker) for an extension of time to file pretrial motions (Filing No. 14). Parker was given until October 23, 2007, to file his affidavit in compliance with NECrimR 12.3(a). No such affidavit has been filed. Accordingly, Parker's motion for an extension of time is deemed withdrawn and shall be termed on the docket. This case shall be set for trial.

**IT IS SO ORDERED.**

DATED this 24th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge